IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DIXIE HIPP,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**No. 15-cv-1175 GBW-SMV**

**CITY OF THE RUIDOSO DOWNS,**
**GARY L. WILLIAMS, JUDY R. MILLER,**
**L. DALE PERRY, RONALD RITTER, and**
**MARGIE R. MORALES,**

      **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:　　February 12, 2016, at 1:30 p.m.

**Matter to be heard**:　Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **February 12, 2016, at 1:30 p.m**. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**STEPHAN M. VIDMAR**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.