IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DIXIE HIPP,**

      **Plaintiff,**

v.     No. 15-cv-1175 GBW-SMV

**CITY OF THE RUIDOSO DOWNS,**
**GARY L. WILLIAMS, JUDY R. MILLER,**
**L. DALE PERRY, RONALD RITTER, and**
**MARGIE R. MORALES,**

      **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   August 18, 2016, at 9:30 a.m.

**Matter to be heard**:   Status Conference

A telephonic status conference is hereby set for **August 18, 2016, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

 

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.